UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL DEON WALLACE, | ) | CASE NO. CV 11-10055-GAF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| CDCR DIRECTOR, ET AL., | ) ) | |
| Respondents. | ) ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   December 13, 2011.

                                           _____
                                           GARY A. FEESS
                                           UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd